



Case 8:23-cr-00196-WFJ-AEP    Document 73-1    Filed 01/09/24    Page 3 of 4 PageID 133



